# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANTOYA CAMPOS,<br><br>               Petitioner,<br><br>   v.<br><br>ROBERT TRIMBLE, Warden,<br><br>               Respondent. | Case No. EDCV 11-1738-VBF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 6-1-12

                                                */s/ Valerie Baker Fairbank*
                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE